1
2
3
4                    IN THE UNITED STATES DISTRICT COURT
5                  FOR THE NORTHERN DISTRICT OF CALIFORNIA
6                             SAN FRANCISCO DIVISION
7
8

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>    Plaintiff,<br><br>    v.<br><br>LIPINE FAAFIU,<br><br>    Defendant. | **Case No.:** CR 23–0469 WHA<br><br>**UNOPPOSED MOTION AND [PROPOSED] ORDER FOR THE JAIL TO PROVIDE SHOES AND SOCKS TO DEFENDANT WHILE IN CUSTODY** |

As Defendant Lipine Faafiu has continued to make progress in healing from his medical issues, and is now more mobile, it has come to the attention of defense counsel that he is not being provided adequate footwear by the officials at the Santa Rita Jail where he is being detained. Specifically, because of his unusually large feet, he is not being provided with any socks, and the shoes that are being provided to him do not fit. Mr. Faafiu has been advised by the jail officials that they require a court order to provide him with shoes and socks that fit him. Therefore, after consulting with the U.S. Marshals, the defense hereby moves the Court to order that the jail to provide Mr. Faafiu with shoes and socks that fit him. Defense counsel has conferred with Assistant U.S. Attorney Sloan Heffron, who stated that the government does not oppose this motion.

DATED: October 11, 2024

JODI LINKER
Federal Public Defender
Northern District of California

\_\_\_/s/_____
DANIEL P. BLANK
Assistant Federal Public Defender

## [PROPOSED] ORDER

The Defendant's unopposed motion is GRANTED. IT IS HEREBY ORDERED that Santa Rita Jail provide Defendant Lipine Faafiu with shoes and socks that fit him.

IT IS SO ORDERED.

DATED: _____

_____
HONORABLE WILLIAM ALSUP
United States District Judge